```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

EMMA LIGHTSEY,                      :

    Petitioner,                 :

v.                                  :      CIVIL ACTION 12-0042-KD-M

FRANK ALBRIGHT,                     :

    Respondent.                 :

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED as this Court does not have jurisdiction over it and that this action be DISMISSED. It is further ORDERED that, should Petitioner file a certificate of appealability, it be denied as she is not entitled to appeal *in forma pauperis*.

DONE this 10th day of May, 2012.

<u>s/Kristi K. DuBose</u>
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE