```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

EMMA LIGHTSEY,                  :

    Petitioner,             :

v.                              :     CIVIL ACTION 12-0042-KD-M

FRANK ALBRIGHT,                 :

    Respondent.             :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Frank Albright and against Petitioner Emma Lightsey.

DONE this 10th day of May, 2012.

                                              s/Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE